17 A.3d 923

**In re Nomination of Lawrence F. BAKER as a Republican Candidate for Commissioner, 5th Ward, Nether Providence Township, Delaware County, Pennsylvania.**

**Objection of Cynthia Carroll.**

**Appeal of Cynthia Carroll.**

Supreme Court of Pennsylvania.

Submitted April 14, 2011.

Decided April 26, 2011.

Kelly D. Eckel, James M. Parks, Shannon H. Sutherland, Duane Morris, L.L.P., for Appellant.

Michael L. Maddren, McNichol, Byrne & Matlawski, P.C., for Appellee.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2011, the Order of the Delaware County Court of Common Pleas is **AFFIRMED.**